1  Philip H. Stillman, Cal. Bar No. 152861
   STILLMAN & ASSOCIATES
2  3015 North Bay Road, Suite B
   Miami Beach, Florida 33140
3  Tel. & Fax: (888) 235-4279
   pstillman@stillmanassociates.com
4
   Attorneys for Defendant  DORYMAN'S INN, INC.
5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

| 11 | FLOR JIMENEZ, | Case No.: 2:22-cv-00849-MCE-AC |
|---|---|---|
| 12 | | |
| 13 | Plaintiff, | **ORDER ON DEFENDANT'S MOTION FOR TRANSFER OF VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA** |
| 14 | v. | |
| 15 | DORYMANS INN, INC., d/b/a DORYMAN'S OCEANFRONT INN, a California corporation; and DOES 1 to 10, inclusive, | |
| 16 | | Date:      August 4, 2022 |
| 17 | | Time:      2 p.m. |
| 18 | Defendants. | Courtroom: 7 |
| | | Hon.  Morrison C. Englund, Jr. |

19

20

21

22

23

24

25

26

27

28

Presently before the Court is Defendant's Motion to Dismiss for Improper Venue pursuant to Fed. R. Civ. P. 12(b)(3). ECF No. 5. No opposition was filed to said Motion, and Defendant accordingly filed a Notice of No Opposition. ECF No. 8. Given that non-opposition, and good cause appearing, the Court orders as follows:

1. Defendants' Motion to Transfer Venue (ECF No. 16) is GRANTED;
2. The case is TRANSFERRED to the Central District of California;
3. The Clerk of this Court is directed to close the case once that transfer has been effectuated.

**IT IS SO ORDERED.**

Dated: August 17, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER FOR TRANSFER OF VENUE