Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Carolin K. Shining, SBN 201140
cshining@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
Attorneys for Plaintiff, *Flor Jimenez*

Philip H. Stillman, SBN 152861
pstillman@stillmanassociates.com
**STILLMAN & ASSOCIATES**
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax: (888) 235-4279
Attorneys for Defendant
*Doryman's Inn, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FLOR JIMENEZ, an individual,<br><br>              Plaintiff,<br>       v.<br><br>DORYMAN'S INN, INC. d/b/a DORYMAN'S OCEANFRONT INN, a California corporation; and DOES 1 to 10, inclusive,<br><br>              Defendants. | Case No.: 8:22-cv-01541-DOC-ADS<br><br>*Honorable Judge David O. Carter*<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A); [PROPOSED] ORDER**<br><br>FAC Filed:      September 23, 2022<br>Trial Date:      None Set |

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010-1137

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Flor Jimenez and Defendant Doryman's Inn, Inc. d/b/a Doryman's Oceanfront Inn, stipulate and jointly request that this Court enter a dismissal with prejudice as to all of Plaintiff's claims in their entirety. Each party shall bear her or its own fees and costs.

Dated: May 3, 2023                    **WILSHIRE LAW FIRM, PLC**

                                      */s/ Carolin K. Shining*
                                      Thiago M. Coelho, Esq.
                                      Carolin K. Shining, Esq.
                                      *Attorneys for Plaintiff*

Dated: May 3, 2023                    **STILLMAN & ASSOCIATES**

                                      */s/ Philip H. Stillman*
                                      Philip H. Stillman, Esq.
                                      *Attorney for Defendant*


## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: May 3, 2023                    **WILSHIRE LAW FIRM, PLC**

                                      */s/ Carolin K. Shining*
                                      Carolin K. Shining
                                      *Attorneys for Plaintiff*

JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010-1137