1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

10
11

FLOR JIMENEZ, an individual,

Plaintiff,

v.

DORYMAN'S INN, INC. d/b/a DORYMAN'S OCEANFRONT INN, a California corporation; and DOES 1 to 10, inclusive,

Defendants.

Case No.: 8:22-cv-01541-DOC-ADS

*Honorable Judge David O. Carter*

**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)**

FAC Filed:        September 23, 2022
Trial Date:       None Set

12
13
14
15
16
17
18
19
20
21

//

22

//

23
24
25
26
27
28

1    IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Flor

2  Jimenez and Defendant Doryman's Inn, Inc. d/b/a Doryman's Oceanfront Inn's

3  joint request that this Court enter a dismissal with prejudice as to all of Plaintiff's

4  claims in their entirety is GRANTED in full. Each party shall bear her or its own

5  fees and costs.

6    IT IS SO ORDERED.

7

8  Dated:_May 9, 2023                        _____

9                                            HON. DAVID O. CARTER
                                             U.S. DISTRICT COURT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**